**Opinion filed May 17, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00061-CR

_____

## BILLY GLEN WILLIAMS, JR., Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. CCCR-09-03146**

### MEMORANDUM  OPINION

Billy Glen Williams, Jr. has filed in this court a motion to dismiss his appeal.  Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

May 17, 2012

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.